JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHAVIRA, | Case No. CV 16-01644-DOC (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| D. ASUNCION, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 3, 2018

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE